# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kelly A. Sowa                  CHAPTER 13

Debtor(s)

BKY. NO. 21-11980 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Steelhouse Homes, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
09 Sep 2021, 15:32:53, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322