**JEVS Care at Home**
9350 Ashton Road
Suite 102
Philadelphia, PA 19114
267-298-1325

Advice No 549798
Date 7/16/2021

PAY  Eight Hundred Eighteen and 19/100 ••••••••••••••••••••••••••••••••••••••••••••••••••••••••    $818.19

TO THE ORDER OF
Kelly A. Longacre
815 Piermont Street
Philadelphia, PA 19116

NON-NEGOTIABLE

NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE    NON-NEGOTIABLE

EARNINGS STATEMENT - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

**JEVS Care at Home**
9350 Ashton Road
Suite 102
Philadelphia, PA 19114
267-298-1325

Kelly A. Longacre
815 Piermont Street
Philadelphia, PA 19116

Emp No  961780

| | |
|---|---|
| Paygroup | JAH |
| Location | AAAJAH |
| Department | NOR |
| Plan | |
| GL Location | 040 |

| | |
|---|---|
| Advice No | 549798 |
| Advice Date | 7/16/2021 |
| Period Start | 6/19/2021 |
| Period End | 7/2/2021 |
| Job | 100 |

### COMPANY MESSAGE

### EARNINGS

| Pay Type | Piece Units | Piece Rate | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Back Pay | | | | | | | | 162.97 |
| Bonus Stimulus | | | | | | | | 140.00 |
| Holiday | | | | | 6.50 | 17.7800 | 115.57 | 653.41 |
| Overtime | | | | | 8.25 | 17.9900 | 148.42 | 2,430.06 |
| PTO Payout Year | | | | | | | | 474.00 |
| Weekday | | | | | 73.50 | 11.8500 | 870.98 | 12,649.88 |

Total Hours  88.25

### DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Medical Plus | 52.00 | 728.00 |

### EMPLOYEE ACCRUALS

| Description | Current | Balance |
|---|---|---|
| PTO 2021 | 2.00 | 35.00 |

### TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 104.07 | 1,520.23 |
| Employee Medicare | 15.70 | 228.84 |
| Social Security Empl | 67.14 | 978.50 |
| PA State Income Tax | 33.25 | 484.51 |
| PHILA R | 43.94 | 639.16 |
| PA Unemployment Empl | 0.68 | 9.93 |



### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| 0097105701 | C | 818.19 |

| | GROSS | TAXES | DEDS | NET PAY | | |
|---|---|---|---|---|---|---|
| CURRENT | 1,134.97 | 264.78 | 52.00 | 818.19 | | |
| YTD | 16,510.32 | 3,861.17 | 728.00 | 11,921.15 | Total Net Pay | 818.19 |



JEVS Care at Home
9350 Ashton Road
Suite 102
Philadelphia, PA 19114
267-298-1325

PAY
Six Hundred Eighteen and 02/100 ..................................................................

TO THE Kelly A. Longacre
ORDER 815 Piermont Street
OF Philadelphia, PA 19116

Advice No    548820
Date         7/2/2021

$618.02

NON-NEGOTIABLE

NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE   NON-NEGOTIABLE

EARNINGS STATEMENT - DETACH ALONG THIS PERFORATION AND RETAIN FOR YOUR RECORDS

JEVS Care at Home
9350 Ashton Road
Suite 102
Philadelphia, PA 19114
267-298-1325

Kelly A. Longacre
815 Piermont Street
Philadelphia, PA 19116

Emp No   961780

| | |
|---|---|
| Paygroup | JAH |
| Location | AAAJAH |
| Department | 0280 |
| Plan | |
| GL Location | |

| | |
|---|---|
| Advice No | 548820 |
| Advice Date | 7/2/2021 |
| Period Start | 6/5/2021 |
| Period End | 6/18/2021 |
| Job | 100 |

## COMPANY MESSAGE

## EARNINGS

| Pay Type | Piece Units | Piece Rate | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Back Pay | | | | | | | | 162.97 |
| Bonus Stimulus | | | | | | | | 140.00 |
| Holiday | | | | | | | | 537.84 |
| Overtime | | | | | | | | 2,281.64 |
| PTO Payout Year | | | | | | | | 474.00 |
| Weekday | | | | | 72.75 | 11.8500 | 862.09 | 11,778.90 |

Total Hours  72.75

## DEDUCTIONS

| Deduction | Current | YTD |
|---|---|---|
| Medical Plus | 52.00 | 676.00 |

## EMPLOYEE ACCRUALS

| Description | Current | Balance |
|---|---|---|
| PTO 2021 | 2.00 | 33.00 |

## TAXES

| Tax Code | Current | YTD |
|---|---|---|
| Federal Income Tax | 71.33 | 1,416.16 |
| Employee Medicare | 11.75 | 213.14 |
| Social Security Empl | 50.23 | 911.36 |
| PA State Income Tax | 24.87 | 451.26 |
| PHILA R | 33.37 | 595.22 |
| PA Unemployment Empl | 0.52 | 9.25 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| 0097105701 | C | 618.02 |

| | GROSS | TAXES | DEDS | NET PAY |
|---|---|---|---|---|
| CURRENT | 862.09 | 192.07 | 52.00 | 618.02 |

# Earnings Statement

**ADP**

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA  PA  19103

Period Beginning:  07/11/2021
Period Ending:     07/17/2021
Pay Date:          07/27/2021

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  2
  PA:       N/A

KELLY LONGACRE
815 PIERMONT ST
PHILADELPHIA  PA  19116

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 27.62 | 276.20 | 4,808.90 |
| PW - Hol Reg | | | | 203.76 |
| PW - OT Hrs | | | | 7.35 |
| PW - Reg Hrs | | | | 5,611.40 |
| Training | | | | 88.81 |
| **Gross Pay** | | | **$276.20** | 10,720.22 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 276.20 | 10,720.22 |
| Totl Hrs Worked | 27.62 | |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.49 | 634.43 |
| | Social Security Tax | -17.12 | 664.65 |
| | Medicare Tax | -4.00 | 155.44 |
| | PA State Income Tax | -8.48 | 329.11 |
| | Bensalem Twp Local Svc Tax | -1.00 | 26.00 |
| | Philadelphia Income Tax | -10.61 | 414.54 |
| | PA SUI Tax | -0.16 | 6.43 |

**Net Pay**    **$231.34**
Chkck2          -231.34
**Net Check**  **$0.00**

Your federal taxable wages this period are $276.20

© 2000 ADP, LLC

---

OPEN SYSTEMS HEALTHCARE INC
1818 MARKET ST STE 2530
PHILADELPHIA PA 19103

Advice number:  00000291434
Pay date:       07/27/2021

Deposited to the account of          account number     transit ABA         amount
KELLY LONGACRE                       xxxxxx5701         xxxx  xxxx          $231.34



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Social Security Administration
## Benefit Verification Letter

Date: July 29, 2021
BNC#: 21Z0634H65302
REF: A, DI

DWAYNE J SOWA
815 PIERMONT ST
PHILADELPHIA PA  19116-3417

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2020, the full monthly Social Security benefit before any deductions is $1,218.30.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $1,218.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on December 31, 2005.

### Information About Past Social Security Benefits

From December 2019 to November 2020, the full monthly Social Security benefit before any deductions was $1,202.70.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $1,202.00.
(We must round down to the whole dollar.)

### Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Supplemental Security Income Payments

Beginning February 2008, the current Supplemental Security Income payment is $0.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning February 2008.

We found that you became disabled under our rules on August 1, 2006.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning June 2008.

You are entitled to medical insurance under Medicare beginning June 2008.

Your Medicare number is 7CA1J35GP29. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is May 19, 1970.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 1-866-331-7840. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 9300 Ashton Rd
> Philadelphia PA 19114