# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-11980-AMC

KELLY A SOWA

815 PIERMONT STREET

PHILADELPHIA, PA 19116

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KELLY A SOWA

    815 PIERMONT STREET

    PHILADELPHIA, PA 19116

Counsel for debtor(s), by electronic notice only.

    GEORGE R TADROSS
    TADROSS LAW
    128 CHESTNUT ST., SUITE 204
    PHILADELPHIA, PA 19106-

Date: 9/28/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee